UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LAKSHMAN RAO PAIDI, et al,

                Plaintiff,

    -against-

RICHARD MILLS, et al,

               Defendant.

------------------------------------------------------------x

08 Civ. 06932 (RJH)
09 Civ. 04902 (RJH)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09
```

The pretrial conference presently scheduled for September 01, 2009 is adjourned to September 15, 2009, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 03, 2009
SO ORDERED:

_____
Richard J. Holwell
United States District Judge